# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:11-00248 |
| ) | Judge Trauger |
| ANTRON LEWIS ) | |

### O R D E R

It is hereby **ORDERED** that the trial presently scheduled for September 4, 2012 (Docket No. 22) is **CONTINUED**, to be reset by later order of the court. The defendant is presently in fugitive status, and a warrant has been issued for his arrest (Docket No. 34).

It is so **ORDERED**.

ENTER this 23rd day of August 2012.

_____
ALETA A. TRAUGER
U.S. District Judge